435 A.2d 1320

Commonwealth v. Tartaglia, Appellant.

Argued January 19, 1981. Chester P. Confer, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.

435 A.2d 1321

Commonwealth v. Turlish, Appellant.

Submitted February 25, 1981. Salvatore J. Cucinotta, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

The order of the lower court is hereby affirmed.